JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL PAUL,<br><br>        Petitioner,<br><br>        v.<br><br>G. GIBSON, Warden,<br><br>        Respondent. | Case No. CV 12-6238-GAF (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 5, 2014

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE